UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY WARREN,

                Plaintiff,

- against -

EBAY, INC. ET AL.,

                Defendants.

**ORDER**

22 Civ. 3524 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to Defendants eBay, Inc. and Iannone's motion to dismiss:

    (1) Moving papers are due by **February 7, 2023**;

    (2) Plaintiff's opposition brief is due by **March 21, 2023**; and

    (3) Defendants' reply, if any, is due by **March 28, 2023**.

    The Clerk of the Court is directed to send a copy of this Order by certified mail to pro se Plaintiff Gregory Warren 1530 Story Ave., Apt. 509, Bronx, NY 10473.

Dated: New York, New York
       January 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge